JUNE D. COLEMAN, State Bar No. 191890
*jcoleman@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendant MEDCAH, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN SLOATMAN III, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDCAH, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.<br><br>Los Angeles Case No. EC068263<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441(b) (FEDERAL QUESTION)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant MEDCAH, INC. hereby removes to this Court the state court action described below:

1. On March 14, 2018, an action was commenced in Superior Court, State of California, County of Los Angeles, entitled JOHN SLOATMAN III, individually and on behalf of all others similarly situated, Plaintiff, v. MEDCAH, INC., Defendant, as case number EC068263.

2. On or about March 19, 2018, MEDCAH, INC. received the Complaint for Damages attached hereto as Exhibit A.

3. On or about March 19, 2018, MEDCAH, INC. received the Summons attached hereto as Exhibit B.

1     4.     On or about March 19, 2018, MEDCAH, INC. received the Civil Case
2 Cover Sheet attached hereto as Exhibit C.
3     5.     On or about March 19, 2018, MEDCAH, INC. received the Notice of
4 Order to Show Cause for Failure to Comply with Trial Court Delay Reduction Act
5 attached hereto as Exhibit D.
6     6.     On or about March 19, 2018, MEDCAH, INC. received the Notice of
7 Case Management Conference attached hereto as Exhibit E.
8     7.     On or about March 19, 2018, MEDCAH, INC. received the Alternative
9 Dispute Resolution (ADR) Information Packet attached hereto as Exhibit F.
10    6.     This Court has jurisdiction to hear this case because this action is a civil
11 action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is
12 one which may be removed to this Court by a defendant pursuant to the provisions
13 of 28 U.S.C. § 1441(b) in that it arises under the federal Fair Debt Collection
14 Practices Act (15 U.S.C. § 1692, et seq.).

DATED:  April 18, 2018            KRONICK, MOSKOVITZ, TIEDEMANN &
                                  GIRARD
                                  A Professional Corporation


                                  By: _June D Coleman_____
                                       June D. Coleman
                                       Attorneys for Defendant MEDCAH, INC.

# PROOF OF SERVICE

## Case No. EC068263

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 400 Capitol Mall, 27th Floor, Sacramento, CA 95814.

On April 18, 2018, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441(B) (FEDERAL QUESTION)** on the interested parties in this action as follows:

Todd M. Friedman  
Adrian R. Bacon  
Meghan E. George  
Law Offices of Todd M. Friedman, P.C.  
21550 Oxnard St., Suite 780  
Woodland Hills, CA 91367  
Telephone: (877) 206-4741  
Facsimile: (866) 633-0228  
Email: tfriedman@toddflaw.com;  
abacon@toddflaw.com;  
mgeorge@toddflaw.com  

Attorneys for Plaintiff JOHN SLOATMAN III

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Kronick, Moskovitz, Tiedemann & Girard for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Sacramento, California.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 18, 2018, at Sacramento, California.

_____  
Kathy Rockenstein